## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| MAST INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | **Court No. 01-00859** <br> w/schedule |

## ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above entitled action, along with the attached schedule of cases, previously assigned to the Honorable Thomas J. Aquilino, Jr., is hereby reassigned to the Honorable Timothy C. Stanceu.

Dated at New York, New York, this 5th day of May, 2022.

      /s/ Mark A. Barnett
      Mark A. Barnett
      Chief Judge

## Schedule of Cases

| Court No. | Plaintiff |
|---|---|
| 01-00859 | Mast Industries, Inc. |
| 02-00198 | Mast Industries, Inc. |
| 02-00199 | Mast Industries, Inc. |
| 02-00200 | Mast Industries, Inc. |
| 03-00428 | Mast Industries, Inc. |
| 03-00714 | Mast Industries, Inc. |
| 03-00879 | Mast Industries, Inc. |
| 04-00274 | Mast Industries, Inc. |
| 05-00025 | Mast Industries, Inc. |
| 07-00112 | Mast Industries, Inc. |
| 07-00159 | Mast Industries, Inc. |
| 10-00053 | Mast Industries, Inc. |
| 10-00227 | Mast Industries, Inc. |
| 11-00024 | Mast Industries, Inc. |